**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Juan Jose M.E.,                                    Case No. 26-cv-2270 (KMM/EMB)

                Petitioner,

v.                                          **ORDER**

David Easterwood, et al.,

                Respondents.

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Juan Jose M.E. by no later than **April 23, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer shall include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **April 30, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are **PROHIBITED** from transferring Petitioner to another district **without at least 24 hours prior notice** to the Court and opposing counsel so that Petitioner remains able to communicate with his attorney.

1

Dated: April 16, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge