UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Juan M.E.,

   Petitioner,

v.

David Easterwood, et al.,

   Respondents.

No. 26-cv-2270 (KMM/EMB)

**ORDER**

---

This matter is before the Court on United States Magistrate Judge Elsa M. Bullard's Report and Recommendation ("R&R") recommending that Petitioner Juan M.E.'s Petition for a Writ of Habeas Corpus be granted and Mr. M.E. be immediately released. (Dkt. 9.) Respondents did not file objections to the R&R by the June 15, 2026 deadline.

In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding none, the Court grants the Petition and orders Mr. M.E.'s immediate release.

### ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 9) is **ACCEPTED**;

2. Petitioner Juan M.E.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**; and

3. **Within 24 hours of the entry of this Order**, Respondents must release Petitioner with all of his personal property and file a notice on the docket confirming that Petitioner has been timely released.

1

2

**Let Judgment be entered accordingly.**


Date: June 17, 2026                          *s/Katherine M. Menendez*
                                             Katherine M. Menendez
                                             United States District Judge

2